964

No. 98–355. WRIGHT v. FREDERIKSEN. Ct. App. Colo. Certiorari denied.

No. 98–357. NADEL v. MORRISTOWN FIRE DEPARTMENT ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 98–358. RELIANCE INSURANCE CO. v. U. S. BANK OF WASHINGTON, N. A. C. A. 9th Cir. Certiorari denied. ■

No. 98–359. DOYLE ET AL. v. BELLSOUTH COMMUNICATIONS SYSTEMS, INC., ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 98–360. CHAMBERS ET AL. v. OHIO DEPARTMENT OF HUMAN SERVICES ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–362. HEARTSPRINGS, INC. v. HEARTSPRING, INC., AKA INSTITUTE OF LOGOPEDICS, INC. C. A. 10th Cir. Certiorari denied.

No. 98–364. AMERICAN DENTAL ASSN. v. KOLSTAD. C. A. D. C. Cir. Certiorari denied.

No. 98–368. LADSON v. LADSON. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–372. FOWLER v. BOARD OF COUNTY COMMISSIONERS OF POTTAWATOMIE COUNTY. Ct. Civ. App. Okla. Certiorari denied.

No. 98–374. SUN-DIAMOND GROWERS OF CALIFORNIA v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–380. BANK ONE, MILWAUKEE, N. A. v. P. A. BERGNER & CO. C. A. 7th Cir. Certiorari denied.

No. 98–381. EGAN v. ATHOL MEMORIAL HOSPITAL ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–382. SCHMIDT ET UX., HEIRS OF DECEDENT SCHMIDT, ET AL. v. HTG, INC., ET AL. Sup. Ct. Kan. Certiorari denied.